United States District Court
Southern District of Texas
**ENTERED**
April 24, 2024
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# LAREDO DIVISION

| | |
|---|---|
| **PAMELA NICOLE HADDAD GONZALEZ,** § § § | |
| Plaintiff, § § | |
| VS. § | CIVIL ACTION NO. 5:22-CV-00119 |
| **RIO GRANDE CARTAGE,** § § § | |
| Defendant. § | |

## ORDER

Plaintiff Pamela Nicole Haddad Gonzalez ("Plaintiff") and Defendant Rio Grande Cartage ("Defendant") filed a Stipulation of Dismissal with Prejudice, which the Court construes as a self-effectuating joint stipulation of dismissal under Rule 41(a)(1)(A)(ii). (Dkt. 23.) *See* Fed. R. Civ. P. 41(a)(1)(A)(ii). The filing is signed by counsel for all parties. (Dkt. 23 at 1-2.) *See* Fed. R. Civ. P. 41(a)(1)(A)(ii). It notifies the Court that the parties have reached a settlement agreement and that the instant action is dismissed with prejudice. (Dkt. 23 at 1.) *See* Fed. R. Civ. P. 41(a)(1)(B).

Plaintiff has previously voluntarily dismissed all other defendants to this action pursuant to Rule 41(a)(1)(A)(i). (Dkts. 10, 11.) *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

Accordingly, the Clerk of Court is hereby DIRECTED to TERMINATE the case.

IT IS SO ORDERED.

SIGNED this April 24, 2024.

_____
Diana Saldaña
United States District Judge